**United States District Court**
For the Northern District of California

1

2

3                      IN THE UNITED STATES DISTRICT COURT

4                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

EDJUAN C. SCOTT,                                    No. C 11-04728 YGR (PR)

7                Plaintiff,                          **JUDGMENT**

8         v.

9
CONTRA COSTA COUNTY SHERIFF'S
10  DEPARTMENT OF MARTINEZ DETENTION
FACILITY, et al.,
11
              Defendants.
12                                              /

13

14        For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

15        IT IS ORDERED AND ADJUDGED

16        That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order,

17  and that each party bear its own costs of action.

18

19  DATED:     July 1, 2013
                                            _____
20                                          YVONNE GONZALEZ ROGERS
                                            UNITED STATES DISTRICT COURT JUDGE
21

22

23

24

25

26

27

28